**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: NANCY WHITE VENCIL      :   No. 629 MAL 2015

                                              :

                                              :

                                              :   Petition for Allowance of Appeal from

                                              :   the Order of the Superior Court

PETITION OF:   PENNSYLVANIA STATE     :
POLICE                                             :

## ORDER

**PER CURIAM**

      **AND NOW**, this 16th day of December, 2015, the Petition for Allowance of Appeal is **GRANTED**. The issues are:

(1)      Did the Superior Court err when it held that the standard of proof to be employed by the trial court in a sufficiency review hearing for a Section 302 involuntary commitment is clear and convincing evidence in light of the existing case law, and the exigent nature of Section 302 commitments?

(2)      Did the Superior Court err when it held that a petitioner who challenges the sufficiency of the evidence of a Section 302 involuntary commitment was entitled to a <u>de novo</u> review by the trial court pursuant to 18 Pa.C.S. § 6111.1(g)(2)?

The Application for Leave to File Post-Submission Communication is **DENIED**.